**FILED**

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0106

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0106

_____

CITY OF CUT BANK,

     Plaintiff and Appellee,

  v.                                    O R D E R

CHAD MICHAEL LARSON,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David J. Grubich, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2023